# United States District Court
## District of South Dakota

Andrew W. Bogue Federal Building
& United States Courthouse
Office of the Clerk
515 Ninth Street, Room 302
Rapid City, SD 57701

Matthew W. Thelen
Clerk of Court

Telephone
(605) 399-6000

July 19, 2018

Scott Lewandoski
Eighth Circuit Court of Appeals
Thomas F. Eagleton United States Courthouse
111 S. 10th St., Suite 24.329
St. Louis, MO  63102

Re:   District Court Case No. 5:17-cr-50098-01; USA v. Chance Garrett Williams
      Your Appeal No. 18-2422; United States v. Chance Williams

Dear Scott,

Enclosed please find the following:

- Presentence Investigation Report
- Addendum to the Presentence Report
- Recommended Special Conditions
- Objections to Proposed Presentence Report
- Transcript of Change of Plea Hearing
- Transcript of Sentencing Hearing

If you have any questions, please don't hesitate to contact the Clerk's Office.

Sincerely,

/s/ Sandie Thielen

Sandie Thielen
Deputy Clerk
Enclosures